IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Richard Burger, Jr.,<br><br>        Plaintiff,<br><br>v.<br><br>Commissioner of Social Security Administration,<br><br>        Defendant. | No. CV-25-00075-TUC-AMM<br><br>**ORDER** |

      On November 25, 2025, Magistrate Judge Rateau issued a Report and Recommendation ("R&R") recommending this Court reverse the decision of the Administrative Law Judge ("ALJ") and remand this matter to the Commissioner for further proceedings. (Doc. 26.) Judge Rateau notified the parties they had fourteen (14) days to file any written objections to the proposed findings and recommendation. (*Id.* at 18.) Neither party filed an objection, and the time to do so has now passed.

      A district court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985); *see also* 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made."). "[T]he court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72(b), Advisory Committee Notes 1983 Addition. A district judge may "accept, reject, or modify, in whole or in part, the findings or recommendations" of the magistrate judge. 28

U.S.C. § 636(b)(1).

The Court has reviewed Judge Rateau's R&R, the parties' briefs, and the record. The Court finds no clear error and agrees with the findings and recommendation.

Accordingly,

**IT IS ORDERED** that the Report and Recommendation is **ADOPTED.** (Doc. 26.)

**IT IS FURTHER ORDERED** that the ALJ's decision is **REVERSED** and the matter is **REMANDED** to the Commissioner for further proceedings. The Clerk of Court shall enter judgment accordingly and close this case.

Dated this 9th day of January, 2026.

_____
Honorable Angela M. Martinez
United States District Judge